UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THOMAS CORBIA, *et al.*,

                                        Plaintiffs,                      **ORDER**

      -against-                                      23 Civ. 8227 (PMH)(JCM)

PORT CHESTER-RYE UNION FREE SCHOOL
DISTRICT, *et al.*,

                                      Defendants.
-----------------------------------------------------------------X

       The Court held a Telephone Conference on April 3, 2025, during which the Court adjourned the settlement conference previously scheduled for April 7, 2025 to May 6, 2025 and, in part, directed that "Plaintiffs must make at least one new settlement demand, and Defendants must make at least one new settlement offer" prior to the submission of their *ex parte* letters. (*See* Docket No. 39 and the April 3, 2025 Minute Entry).

       The Court has received the parties' *ex parte* letters, however, from the submissions, it appears that the parties have not complied with the directive to exchange a new settlement demand and offer. Thus, the parties are directed to comply with the Court's Order and exchange a new demand and offer prior to the May 7, 2025 Settlement Conference. If, after doing so, the parties do not believe that a settlement conference would be fruitful at this time, they are directed to immediately notify the Court in writing.

Dated: April 30, 2025
       White Plains, New York

                                                              **SO ORDERED:**

                                                              */s/ Judith C. McCarthy*
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge